# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**KENNETH MCCLELLEN ADKINS,**

    **Petitioner,**

**v.**                                                               **Case No: 5:25-cv-246-WFJ-PRL**

**SECRETARY DEPARTMENT OF CORRECTIONS,**

    **Respondent.**
_____/

## ORDER

This cause is before the Court upon *sua sponte* review. The Court issued an Order to Show Cause (Doc. 4) requiring Petitioner to respond by July 9, 2025. Petitioner failed to comply.

ACCORDINGLY, it is hereby

**ORDERED:**

1. This case is **DISMISSED** without prejudice.[1]

---

[1] A dismissal without prejudice does not excuse Petitioner from the one-year period of limitation for filing a habeas corpus petition in federal court. *See* 28 U.S.C. § 2244(d). Petitioner should note that the one-year period of limitation is tolled during the time in which a properly filed application for state post-conviction relief is pending, *see Artuz v. Bennett*, 531 U.S. 4, 8–9 (2000) (defining when an application is "properly filed" under 28 U.S.C. § 2244(d)(2)); however, the time in which a federal habeas petition is pending does not toll the one-year limitation period. *See Duncan v. Walker*, 121 S. Ct. 2120 (2001) (holding that an application for federal habeas corpus review does not toll the one-year limitation period under § 2244(d)(2)).

2. The **Clerk of Court** shall close this file.

**DONE** and **ORDERED** in Tampa, Florida on July 21, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Pro Se Party